**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. for DANIEL W. B., | Case No.  CV 19-08016-PD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

    In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and the case is REMANDED for further proceedings consistent with the Memorandum Opinion and Order.


DATED:  July 27, 2020

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE