IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, KAREN SCOTT for DANIEL WILLIAM BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAREN SCOTT for DANIEL WILLIAM BRYANT,<br><br>Plaintiff,<br><br>    vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendants. | ) Case No.: CV 19-08016-PD<br>)<br>) AMENDED ORDER<br>) AWARDING EAJA FEES AND<br>) COSTS<br>)<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: August 18, 2020

_____
PATRICIA DONAHUE
U.S. MAGISTRATE JUDGE